1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
   SALVADOR COVARRUBIAS-ROJAS,      )   No. C 05-0786-WHA
13                                  )
          Petitioner,                )   **STIPULATION TO DISMISS HABEAS**
14                                   )   **PETITION WITHOUT PREJUDICE**
      v.                             )
15                                   )
   DAVID STILL, District Director,   )
16 Department of Homeland Security;  )
   ALBERTO GONZALES, Attorney        )
17 General of the United States,     )
                                     )
18        Respondents.               )
                                     )
19

20   Petitioner, Salvador Covarrubias-Rojas (A75-109-475), by and through his attorney of
   record, and respondents, by and through their attorneys of record, hereby stipulate, subject to
21
   the approval of the Court, to dismissal of the petition for writ of habeas corpus without
22
   prejudice. The dismissal is based on the fact that the respondents have agreed to provide the
23
   petitioner with a new hearing in Immigration Court to assess his eligibility for adjustment of
24
   status pursuant to the Child Status Protection Act ("CSPA"), Pub. L. 107-208, 116 Stat. 927
25
   (2002), and have agreed not to remove the petitioner from the United States pending the
26
   Executive Office for Immigration Review's re-consideration of the petitioner's I-485
27
   application.
28

STIPULATION TO DISMISS
C 05-0786-WHA                          1

|   |   |
|---|---|
| Date: March 22, 2005 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br><br>/s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: March 22, 2005 | /s/<br>PHILIPPE M. DWELSHAUVERS<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  4/5

_____
WILLIAM ALSUP
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Dwelshauvers and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C 05-0786-WHA                                2